39

United States District Court
Southern District of Texas
ENTERED
JUL 10 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 09 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EDWARD ARTHER GOMEZ §
§
V. §   C.A. NO. B-97-114
§
JONAS SAENZ, INDIVIDUALLY and §
as an Agent and/or Employee of State §
Farm Insurance Company, MIKE §
SANCHEZ, INDIVIDUALLY and as §
an Agent and/or Employee of State §
Farm Insurance Company, JEFFREY §
SMITH, INDIVIDUALLY and as an §
Agent and/or Employee of State Farm §
Insurance Company, and STATE §
FARM INSURANCE COMPANY §

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ORIGINAL ANSWER

On this day came on to be considered Defendants' Motion for Leave to File their First Amended Original Answer, and the Court having reviewed such Motion finds that pursuant to Federal Rule of Civil Procedure 15(a) that leave should be fairly given when justice so requires, GRANTS Defendants' Motion in its entirety.

The Clerk is ordered to file Defendants' First Amended Original Answer, which is attached as Exhibit A to Defendants' Motion for Leave to File.

SIGNED this 9th day of JULY, 1998. AT BROWNSVILLE, TEXAS.

_____
UNITED STATES MAGISTRATE JUDGE

505211