40

United States District Court
Southern District of Texas
ENTERED

JUL 1 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

JUL 09 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD ARTHER GOMEZ § | |
| § | |
| V. § | C.A. NO. B-97-114 |
| § | |
| JONAS SAENZ, INDIVIDUALLY and § | |
| as an Agent and/or Employee of State § | |
| Farm Insurance Company, MIKE § | |
| SANCHEZ, INDIVIDUALLY and as § | |
| an Agent and/or Employee of State § | |
| Farm Insurance Company, JEFFREY § | |
| SMITH, INDIVIDUALLY and as an § | |
| Agent and/or Employee of State Farm § | |
| Insurance Company, and STATE § | |
| FARM INSURANCE COMPANY § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF APPEARANCE

On this day came on to be considered Defendants' Motion for Entry of Appearance, and the Court having reviewed such Motion GRANTS Defendants' Motion in its entirety.

It is therefore ORDERED that Jeffrey L. Bryan, state bar number 00796266, of the offices of Fulbright & Jaworski, L.L.P., 300 Convent, Suite 2200, San Antonio, Texas 78205 be allowed to make appearances on behalf of Defendants in the above entitled and numbered cause, with the Court noting that Xavier Rodriguez, of the same office, is to remain attorney in charge for Defendants.

SIGNED this 9TH day of JULY, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

512480

-4-