United States District Court
Southern District of Texas
ENTERED

SEP 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

SEP    1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD A. GOMEZ | § |
| V. | § |
| JONAS SAENZ, Individually and as an Agent and/or Employee of State Farm Mutual Automobile Insurance Company, MIKE SANCHEZ, Individually and as Agent and/or Employee of State Farm Insurance Co. JEFFREY SMITH, Individually and as Agent and/or Employee of State Farm Insurance Co., and STATE FARM INSURANCE CO. | § CIVIL ACTION NO. B-97-114 |

## ORDER ON MOTION TO EXTEND ALL DISCOVERY DEADLINES

On this the 1st day of September, 1998, came to be considered Plaintiff's Motion to Extend all Discovery Deadlines and the Court is of the opinion that all Discovery should be completed by September 30, 1998.

SIGNED this 2ND day of SEPT, 1998.

_____
JUDGE PRESIDING