United States District Court
Southern District of Texas
FILED

JUN 16 1999

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

JUN 23 1999

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | |
|---|---|
| EDWARD ARTHER GOMEZ, § | |
| § | |
| V. § | CIVIL ACTION NO. B-97-114 |
| § | |
| JONAS SAENZ, INDIVIDUALLY and § | |
| as an Agent and/or Employee of State § | |
| Farm Insurance Company, MIKE SANCHEZ, § | |
| INDIVIDUALLY and as an Agent and/or § | |
| Employee of State Farm Insurance Company, § | |
| and STATE FARM INSURANCE COMPANY § | |

## ORDER

Pending before this Court is Defendants' Jonas Saenz et al. ("Defendants") Motion for Summary Judgment. (Docket No. 9). On July 15, 1998, the Defendants filed an Amended Answer (Docket No. 41) raising an additional defense. Specifically, the Defendants' raised the Texas Worker's Compensation Act's exclusivity provision as a bar to Plaintiff's Edward Arther Gomez negligence claims. This defense was not previously addressed in the Defendants' Motion for Summary Judgment. Accordingly, the parties are hereby ordered to brief the Texas Worker's Compensation Act's exclusivity provision.

**IT IS HEREBY ORDERED** that the Defendants file their brief with this Court by July 7, 1999.

**IT IS FURTHER ORDERED** that the Plaintiff file his response by July 21, 1999.

DONE on this 16 day of JUNE, 1999 in Brownsville, Texas.

John Wm. Black
United States Magistrate Judge