51

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

JUL 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD ARTHER GOMEZ, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-97-114 |
| § | |
| JONAS SAENZ, Individually and as an § | |
| Agent and/or Employee of State Farm § | |
| Insurance Company, MIKE SANCHEZ, § | |
| Individually and as an Agent and/or § | |
| Employee of State Farm Insurance § | |
| Company, and JEFFREY SMITH, § | |
| Individually and as an Agent and/or § | |
| Employee of State Farm Insurance § | |
| Company, and STATE FARM § | |
| INSURANCE COMPANY § | |

## FINAL JUDGMENT

Pending before this Court is Defendants' Jonas Saenz ("Saenz"), individually and as an agent and/or employee of State Farm Automobile Insurance Company, Mike Sanchez ("Sanchez"), individually and as an agent and/or employee of State Farm Automobile Insurance Company, Jeffrey Smith ("Smith"), individually and as an agent and/or employee of State Farm Automobile Insurance Company, and State Farm Mutual Automobile Insurance Company ("State Farm") Motion for Summary Judgment. (Docket No. 9).

Upon review of Defendants' Motion, Plaintiff's Edward Arther Gomez Response to Defendant's Motion for Summary Judgment (Docket No. 22), and the case file, this court is of the opinion that the Plaintiff has failed to raise a genuine issue of material fact. Accordingly, finds that Defendant's Motion is **GRANTED.**

IT IS THEREFORE **ORDERED** that Defendants' Motion for Summary Judgment be

**GRANTED** and Plaintiff's case be **DISMISSED**.

IT IS FURTHER **ORDERED** that all other pending motions be **DISMISSED** as moot.

SIGNED at Brownsville, Texas, this \_\_22ND\_\_ day of \_\_\_JULY\_\_\_, 1999.

_____
John Wm. Black
United States Magistrate Judge