54

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 25 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD ARTHUR GOMEZ<br>Plaintiff,<br><br>VS.<br><br>JONAS SAENZ, INDIVIDUALLY and as an<br>Agent and/or Employee of State Farm<br>Insurance Company, MIKE SANCHEZ,<br>INDIVIDUALLY and as an Agent and/or<br>Employee of State Farm Insurance Company,<br>JEFFREY SMITH, INDIVIDUALLY and as an<br>Agent and/or Employee of State Farm<br>Insurance Company, and STATE FARM<br>INSURANCE COMPANY<br>Defendants. | § § § § § § § § § § § § § § § §     C. A. NO. B-97-114 |

## ORDER DENYING PLAINTIFF'S MOTION
## FOR RECONSIDERATION AND/OR NEW TRIAL

On this day came on to be considered Plaintiff's Motion for Reconsideration and/or New Trial, and the Court having reviewed such Motion is of the opinion that such Motion is not well taken and should be in all respected DENIED.

Signed this 25 day of AUGUST, 1999 in Brownsville, Texas.

By _____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

582488.1/972723